No. 8683. STATE OF MONTANA ex rel. R. B. LEWIS, JR., RELATOR, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT, et al., RESPONDENTS.

630

After due consideration, of the application of Relator for a writ of supervisory control, IT IS HEREBY ORDERED that the petition be denied. Carl Lindquist, Chief Justice, C. F. Morris, Hugh R. Adair, Albert H. Angstman, Edwin, K. Cheadle, Associate Justices.

Done this 2nd day of, October, 1946.

Attorneys for Relator: *Pope and Smith,* Missoula.